**Fill in this information to identify the case:**

Debtor Name David Ghatanfard

United States Bankruptcy Court for the: Southern District of New York

Case number: 23-22840

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

| | |
|---|---|
| Month: **November** | Date report filed: **01/22/2024** MM / DD / YYYY |
| Line of business: **Food Service/Hospitality** | NAISC code: **7225111** |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:　**David Ghatanfard**

Original signature of responsible party　**/s/ David Ghatanfard**

Printed name of responsible party　**David Ghatanfard**

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  David Ghatanfard                                          Case number  23-22840

17. Have you paid any bills you owed before you filed bankruptcy?                    ☐    ☑    ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☑    ☐    ☐

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**                                        $ 34,755.91

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                                             $ 7,033.61

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.                                        − $ 2,403.77

Report the total from *Exhibit D* here.

**22. Net cash flow**                                                                + $ 4,629.84

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.                                       = $ 39,385.75

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**                                                               $ 0.00

(Exhibit E)

Debtor Name  David Ghatanfard                          Case number 23-22840

---

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                    $          0.00

    *(Exhibit F)*

---

### 5. Employees

26. What was the number of employees when the case was filed?                              0
27. What is the number of employees as of the date of this monthly report?                 0

---

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?              $        0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $        0.00
30. How much have you paid this month in other professional fees?                                         $        0.00
31. How much have you paid in total other professional fees since filing the case?                        $        0.00

---

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | — | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $_____ | — | $ 7,033.61 | = | $_____ |
| 33. **Cash disbursements** | $_____ | — | $ 2,403.77 | = | $_____ |
| 34. **Net cash flow** | $_____ | — | $ 4,629.84 | = | $_____ |

35. Total projected cash receipts for the next month:                         $   11,023.36
36. Total projected cash disbursements for the next month:                  – $   10,000.00
37. Total projected net cash flow for the next month:                       = $    1,023.36

---

Official Form 425C          **Monthly Operating Report for Small Business Under Chapter 11**          page 3

Debtor Name  David Ghatanfard                              Case number 23-22840

<h2>8. Additional Information</h2>

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.



**CONNECTICUT**
COMMUNITY BANK, N.A.®

**Operations Center**
**605 West Avenue, 3rd Floor**
**Norwalk, CT 06850**

**RETURN SERVICE REQUESTED**

DAVID GHATANFARD
56 OAK GROVE RD
SOUTHAMPTON NY 11968-1146

## Statement Ending 11/30/2023

*DAVID GHATANFARD* — Page 1 of 4
*Customer Number:XXXXXXXXXXXXX7590*

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | Riverside Branch |
| 📱 | Branch Number | 203-698-4030 |
| ✉ | Mailing Address | 1103 East Putnam Avenue Riverside, CT 06878 |
| 💻 | Online Banking | www.ccbankonline.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Regular Checking | XXXXXXXXXXXXX7590 | $1,040.40 |

## Regular Checking-XXXXXXXXXXXXX7590

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 11/01/2023 | Beginning Balance | $16,040.40 |
| | 0 Credit(s) This Period | $0.00 |
| | 1 Debit(s) This Period | $15,000.00 |
| 11/30/2023 | Ending Balance | $1,040.40 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/01/2023 | Beginning Balance | | | $16,040.40 |
| 11/09/2023 | Check 102 | $15,000.00 | | $1,040.40 |
| 11/30/2023 | Ending Balance | | | $1,040.40 |

### Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 102 | 11/09/2023 | $15,000.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 11/01/2023 | $16,040.40 | 11/09/2023 | $1,040.40 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |


Proud Divisions of Connecticut Community Bank, N.A.®
Westport National Bank® | Darien Bank & Trust® | Greenwich Bank & Trust® | Norwalk Bank & Trust® | Stamford Bank & Trust® | InsurBanc™


EQUAL HOUSING LENDER     Member FDIC


**CONNECTICUT**
COMMUNITY BANK, N.A.

**Statement Ending 11/30/2023**

*DAVID GHATANFARD*                                    Page 2 of 4
*Customer Number:XXXXXXXXXXXXX7590*

## In Case of Errors or Questions About Your Electronic Transfers
Telephone us at 1-866-831-9892 or write us at:
Connecticut Community Bank, N.A.
Customer Service Department
605 West Avenue, 3rd Floor, Norwalk, CT 06850

as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number.
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

*Telephone Verification of Direct Deposits*
If your account receives direct deposits on a regular basis from the same payor, you may call us at 1-866-831-9892 to verify that the Bank has received the deposit as scheduled.

**Account Reconciliation**

| Date | Checks or Debits Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total Outstanding Checks/Debits |  |

| Date of Deposit/Credit Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Total Outstanding Deposits/Credits |  |

**Balancing**

1. Ending Balance found on   front of       $
   statement
2. Deposits outstanding – listed            +
   above (not shown on statement)
3. Subtotal (add 1 & 2)                      +
4. Deduct Checks/Debits outstanding         -
5. Adjusted Statement Balance (subtract     =
   4 from 3)

*(Balance should agree with your checkbook balance)*

**Responsibility to Review Statements:** You should examine your statement and cancelled checks. Notify the Bank within 60 days if you find any errors. If you fail to notify us in writing within 60 days, your statement will be deemed correct.


LENDER

**Member FDIC**

*(October 2019)*

 **CONNECTICUT**
COMMUNITY BANK, N.A.

**Statement Ending 11/30/2023**

*DAVID GHATANFARD*                    Page 3 of 4
**Customer Number:**XXXXXXXXXXXXX7590

Account:
Statement Date: 11/30/2023





102 $15,000.00                    102 $15,000.00



CONNECTICUT
COMMUNITY BANK, N.A.

**Statement Ending 11/30/2023**

DAVID GHATANFARD                                    Page 4 of 4
Customer Number:XXXXXXXXXXXXX7590

This page left intentionally blank

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

DAVID GHATANFARD
1133 WARBURTON AVE APT 505N
YONKERS, NY  10701-1134

**Customer service information**

▯  Customer service: 1.800.432.1000

   En Español: 1.800.688.6086

▱  bankofamerica.com

✉  Bank of America, N.A.
   P.O. Box 25118
   Tampa, FL 33622-5118

# Your Adv Plus Banking

for October 28, 2023 to November 28, 2023

Account number: ██████████

**DAVID GHATANFARD**

## Account summary

| | |
|---|---:|
| Beginning balance on October 28, 2023 | $28,125.80 |
| Deposits and other additions | 7,862.76 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -5,862.68 |
| Checks | -5,421.47 |
| Service fees | -0.00 |
| **Ending balance on November 28, 2023** | **$24,704.41** |

*Interest Paid Year To Date: $0.02.*

DAVID GHATANFARD   |   Account #▮▮▮▮▮▮▮▮   |   October 28, 2023 to November 28, 2023

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**   **Equal Housing Lender**

**BANK OF AMERICA**

DAVID GHATANFARD  |  Account #█████████,   October 28, 2023 to November 28, 2023

**Exclusively for BofA cardholders: 10% off skate rentals at Bank of America Winter Village at Bryant Park. Start planning the fun at wintervillage.org**

You will receive a 10% discount on eligible Skate Rental when you use any Bank of America® issued debit or credit card as your form of payment to pay for your purchase at checkout. Offer valid between October 27, 2023 and March 3, 2024. Offer only valid on orders up to $500. Customers must enter their credit card number, card expiration and CVV directly on the payment page at checkout to qualify for this offer. Not valid on previous purchases or at any other location or website. No cash back. Bryant Park Corporation also reserves the right to change the terms and conditions applicable to discount codes at any time. Void where prohibited. Fulfillment of this offer is the sole responsibility of Bryant Park Corporation LLC.

## Deposits and other additions

| Date | Description | | Amount |
|---|---|---|---|
| 11/01/23 | VALBELLA AT THE  DES:DIRECT DEP ID:939927723154YW6 INDN:GHATANFARD,DAVID ID:9111111103 PPD | CO | 1,936.50 |
| 11/08/23 | VALBELLA AT THE  DES:DIRECT DEP ID:936628646483YW6 INDN:GHATANFARD,DAVID ID:9111111103 PPD | CO | 2,053.25 |
| 11/15/23 | VALBELLA AT THE  DES:DIRECT DEP ID:939827671949YW6 INDN:GHATANFARD,DAVID ID:9111111103 PPD | CO | 1,936.50 |
| 11/22/23 | VALBELLA AT THE  DES:DIRECT DEP ID:925429989895YW6 INDN:GHATANFARD,DAVID ID:9111111103 PPD | CO | 1,936.51 |
| **Total deposits and other additions** | | | **$7,862.76** |

## Withdrawals and other subtractions

### Other subtractions

| Date | Description | | Amount |
|---|---|---|---|
| 10/30/23 | GINSBURGDEV-RT04 DES:WEB PMTS  ID:PK0G2F  INDN:RoseyKalayjian  WEB | CO ID:9000327993 | -5,535.00 |
| 11/14/23 | PSEG LONG ISLAND Bill Payment | | -160.02 |
| 11/24/23 | Con Edison    Bill Payment | | -167.66 |
| **Total other subtractions** | | | **-$5,862.68** |



Can you spot a scam?   Be aware of these common red flags:

⚐ Contacted unexpectedly and asked for sensitive information

⚐ Pressured to act immediately

⚐ Asked to provide codes or click links to verify information

Share these tips with friends and family so they can help protect themselves
Scan this code or visit **bofa.com/HelpProtectYourself** to see trending scams

When you use the QRC feature certain information is collected from your mobile device for business purposes.

SSM-02-23-0079.B  |  5449173

DAVID GHATANFARD  |  Account #  ████████  |  October 28, 2023 to November 28, 2023

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|---|------|---------|--------|
| 11/17/23 | 5027 | -421.47 | | 11/16/23 | 5028 | -5,000.00 |
| | | | | **Total checks** | | **-$5,421.47** |
| | | | | **Total # of checks** | | **2** |

Braille and Large Print Request – You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.



**BANK OF AMERICA**

DAVID GHATANFARD  |  Account # ▮▮▮▮▮▮▮  |  October 28, 2023 to November 28, 2023

## Check images

**Account number:** ▮▮▮▮▮▮▮

Check number: 5027  |  Amount: $421.47

Check number: 5028  |  Amount: $5,000.00



This page intentionally left blank



**Patriot Bank**℠

900 BEDFORD STREET
STAMFORD, CT 06901

**Contact Info:**

Contact phone number:
1-888-PATRIOT
Web address:
www.BankPatriot.com

| Customer Statement | | Pg 1 of 3 |
|---|---|---|
| **Account Number:** | | 530216761 |
| **Statement Date:** | Nov 01, 2023 thru Nov 30, 2023 | |

### Summary - All Accounts

| Product | Account # | Ending Balance |
|---|---|---|
| Patriot Checking | ▮ | $13,641.85 |

DAVOUD GHATANFARD
ROSEY KALAYJIAN
1133 WARBURTON AVENUE #505N
YONKERS NY 10701

### Patriot Checking ▮

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | **BEGINNING BALANCE** | | | **$12,757.34** |
| Nov 03 | Check 345 | 200.00 | | 12,557.34 |
| Nov 06 | External Withdrawal AMEX EPAYMENT ER AM - ACH PMT | 1,500.00 | | 11,057.34 |
| Nov 15 | External Deposit SSA TREAS 310 - XXSOC SEC | | 3,160.60 | 14,217.94 |
| Nov 27 | External Withdrawal SUFFOLK COUNTY W MONEYLINE EXPRESS - BILL PAYMT | 576.09 | | 13,641.85 |
| | **ENDING BALANCE** | | | **$13,641.85** |

### Overdraft/Returned Item Fees

| Fee Type | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Check Summary

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 345 | Nov 03 ▢ | 200.00 | | | | | | |

Number of Checks: 1    * Indicates a skip in sequence    e Indicates an electronic check

### Account Summary

| Previous Date | Beginning Balance | Deposits | Interest Paid | Withdrawals | Service Charge | Ending Balance |
|---|---|---|---|---|---|---|
| 11/01/2023 | 12,757.34 | 3,160.60 | 0.00 | 2,276.09 | 0.00 | 13,641.85 |

**Switch to eStatements!**

Save time. Save Trees. Switch to eStatements. A few reasons to switch:

1. View eStatements whenever you like, from wherever you are.
2. Receive your eStatements on the 1st business day of each month. Much sooner than a mailed paper statement!
3. Switching to eStatements helps us reduce the amount of paper we use.
4. Eliminates the need to file and securely store paper statements at home.
5. Signing up for eStatements is free and simple to do! Just login to Online Banking and get started today!

**Social Media**

Stay connected with us via our social media pages on Facebook, Instagram, and LinkedIn. It's a great way to interact with us and to keep up with the latest happenings at Patriot Bank.

Our Customer Support Team is available, Monday through Friday from 7:00 a.m. to 7:00 p.m. and Saturday from 8:00 a.m. to 1:00 p.m., by dialing 1-888-Patriot (728.7468).

03U60A_BK_155PA0001_M090

155PAP0003

PULLS.D.N.155PA0001.208099365.234375_500/000665/000853


**Patriot Bank™**

| Customer Statement | **Pg 2 of 3** |
|---|---|

**Account Number:** █████████
**Statement Date:**   Nov 01, 2023 thru Nov 30, 2023

To expedite your change of address please mail this portion of this statement to:
Patriot Bank, N.A., Attn.: Deposit Operations, 900 Bedford Street, Stamford, CT 06901.

Name _____

_____

Telephone No. (        ) _____

Address _____

City _____ State _____ Zip Code _____

Email _____

Date _____ _____
**AUTHORIZED SIGNATURE**

**PATRIOT BANK, N.A.**
**DEPOSIT OPERATIONS**
900 BEDFORD STREET
STAMFORD CT 06901

✂

---

## CHECKBOOK RECONCILIATION / BALANCING YOUR CHECKBOOK

**Before you Start ...** Please be sure your checkbook contains all automatic transactions shown on this statement (such as automatic deposits, interest credits, credit advances, transfers, payments, service changes, etc.)

**Then ...** Compare and check off debits and credits on the statement against your checkbook. In the column below, list any checks you have written which do not appear on this statement. Also be sure to include any other deductions recorded in your checkbook but not listed on this statement.

| CHECKS OUTSTANDING | | | | DEPOSITS NOT ON STATEMENT | | |
|---|---|---|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT | | | |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| TOTAL TO TOP OF NEXT COLUMN |  | TOTAL CHECKS OUTSTANDING |  | TOTAL DEPOSITS |  |  |

**ENTER** Ending balance from front of statement $ _____ (1)

**ADD** Deposits made since end of statement period _____ (2)

**TOTAL** (Lines 1 & 2) _____

**SUBTRACT** Checks outstanding _____

**BALANCE** Should equal the balance now shown in your checkbook $ _____

To determine whether a preauthorized transfer (such as a social security deposit) has been made to your account, you can call us at 1.888.PATRIOT (728.7468).

**In Case of Errors or Questions About Your Electronic Transfers:**

Telephone us at 1.888.PATRIOT (728.7468) or write us at Patriot Bank, N.A., Attn.: Deposit Operations, 900 Bedford Street, Stamford, Connecticut 06901 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).

2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**IF YOUR ACCOUNT DOES NOT BALANCE,** check the items below:

1. Are the amounts of all deposits you have entered in your checkbook the same as those shown on this statement?

2. Are there any checks shown on this statement that are not listed in your checkbook?

3. Is the amount of each check correctly recorded in your checkbook?

4. Is the addition and subtraction in your checkbook correct?

5. Have you checked all automatic transactions involving your account?

6. If this is an interest bearing account, have you added this month's interest in your checkbook?

**PATRIOT BANK, N.A.**
**HOME EQUITY LINE / LINE OF CREDIT / OVERDRAFT PROTECTION**

**(1) FINANCE CHARGE.** A Finance Charge will be assessed on the Average Daily Balance of your Account for every day of your Billing Cycle. A Finance Charge begins to accrue whenever an Advance is posted to your Account, regardless of when and how much you pay after being billed. To get the Average Daily Balance, Lender takes the beginning balance of your Account for every day of the Billing Cycle, adds all new Advances, subtracts all payments and credits, all unpaid late charges, all unpaid Finance Charges, and all other charges. This gives Lender the daily balance. Lender then adds up all the daily balances and divides the total by the number of days in the Billing Cycle. The result is the Average Daily Balance for the Billing Cycle. Lender figures the Finance Charge on your Account by multiplying the applicable Daily Periodic Rate by the Average Daily Balance of your Account and multiplying the result by the number of days in the Billing Cycle. The result is the amount of Finance Charge for the Billing Cycle.

**(2) RATES.** The periodic rate and annual percentage rate which we used to compute the finance charge are the rates set forth in the computer type on the front of this statement.

**(3) VARIABLE RATE ACCOUNTS.** The daily periodic rate may vary from billing cycle to billing cycle.

**(4) BILLING RIGHTS SUMMARY.** In Case of Errors or Questions about your Monthly Statement ("bill").

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at Patriot Bank, N.A., Attn.: Loan Operations, 900 Bedford Street, Stamford, Connecticut 06901 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.


Member FDIC   EQUAL HOUSING LENDER

Rev. 07/2015



DAVID GHATANFARD 06-11
ROSEY KALAYJIAN
~~9 N CANTERBURY RD~~
~~HARRISON, N.Y. 10528~~

DATE 10/9/2023

345

PAY TO THE ORDER OF North Sea Fire Department    $ 200.00/100

Two Hundred & 00/100 ───────── DOLLARS

Patriot Bank
BankPatriot.com

MEMO 2023. Donation

Rosey Kalayjian

0345

CK #345    PD 11/03/2023    $200.00

155PAP0003