# EXHIBIT E

# Form 1065 — U.S. Return of Partnership Income

Department of the Treasury
Internal Revenue Service

For calendar year 2022, or tax year beginning _____, _____, ending _____, _____.
Go to www.irs.gov/Form1065 for instructions and the latest information.

OMB No. 1545-0123

**2022**

| | | |
|---|---|---|
| A Principal business activity: RESTAURANT | Name of partnership: VALBELLA AT THE PARK LLC | D Employer identification number: XXXXXXX |
| B Principal product or service: SERVICE | Number, street, and room or suite no.: 126 W 42ND STREET | E Date business started: |
| C Business code number: XXXX | City or town, state, ZIP: NEW YORK, NY 10036 | F Total assets (see instr.): $ 1,211,979. |

G Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return
H Check accounting method: (1) ☐ Cash  (2) ☒ Accrual  (3) ☐ Other (specify)
I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ............ 2
J Check if Schedules C and M-3 are attached .............................................................. ☐
K Check if partnership: (1) ☐ Aggregated activities for section 465 at-risk purposes  (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

### Income

| | | | |
|---|---|---|---:|
| 1a | Gross receipts or sales | 1a | 11,090,999. |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 11,090,999. |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 3,033,140. |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 8,057,859. |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | 4 | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | |
| 7 | Other income (loss) (attach statement) SEE STATEMENT 1 | 7 | 39,150. |
| 8 | **Total income (loss).** Combine lines 3 through 7 | 8 | 8,097,009. |

### Deductions (see instructions for limitations)

| | | | |
|---|---|---|---:|
| 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | 1,879,067. |
| 10 | Guaranteed payments to partners | 10 | |
| 11 | Repairs and maintenance | 11 | 221,234. |
| 12 | Bad debts | 12 | |
| 13 | Rent | 13 | 931,885. |
| 14 | Taxes and licenses SEE STATEMENT 2 | 14 | 353,648. |
| 15 | Interest (see instructions) | 15 | |
| 16a | Depreciation (if required, attach Form 4562) | 16a | 2,528,395. |
| b | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | |
| | | 16c | 2,528,395. |
| 17 | Depletion (Do not deduct oil and gas depletion.) | 17 | |
| 18 | Retirement plans, etc. | 18 | |
| 19 | Employee benefit programs | 19 | 39,915. |
| 20 | Other deductions (attach statement) SEE STATEMENT 3 | 20 | 1,482,903. |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 21 | 7,437,047. |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | 22 | 659,962. |

### Tax and Payment

| | | | |
|---|---|---|---:|
| 23 | Interest due under the look-back method-completed long-term contracts (attach Form 8697) | 23 | |
| 24 | Interest due under the look-back method-income forecast method (attach Form 8866) | 24 | |
| 25 | BBA AAR imputed underpayment (see instructions) | 25 | |
| 26 | Other taxes (see instructions) | 26 | |
| 27 | **Total balance due.** Add lines 23 through 26 | 27 | |
| 28 | Payment (see instructions) | 28 | |
| 29 | **Amount owed.** If line 28 is smaller than line 27, enter amount owed | 29 | |
| 30 | **Overpayment.** If line 28 is larger than line 27, enter overpayment | 30 | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member _____  Date _____

May the IRS discuss this return with the preparer shown below? See instr. ☒ Yes  ☐ No

### Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed | PTIN |
|---|---|---|---|---|
| BRUCE DAILEY | | | ☐ | P00068365 |

Firm's name: WEINER LLC
Firm's EIN: XXXXXXX
Firm's address: 167 FRANKLIN TURNPIKE, WALDWICK, NJ 07463
Phone no.: 201-746-9700

LHA  For Paperwork Reduction Act Notice, see separate instructions.   211001 12-19-22   Form **1065** (2022)