# EXHIBIT N

# CONNECTICUT COMMUNITY BANK, N.A.®

**Operations Center**
605 West Avenue, 3rd Floor
Norwalk, CT 06850

**RETURN SERVICE REQUESTED**

DAVID GHATANFARD
56 OAK GROVE RD
SOUTHAMPTON NY 11968-1146

**Statement Ending 12/31/2022**

DAVID GHATANFARD
Customer Number: XXXXXXXXXXXXX7590

Page 1 of 4

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | Riverside Branch |
| 📱 | Branch Number | 203-698-4030 |
| ✉ | Mailing Address | 1103 East Putnam Avenue Riverside, CT 06878 |
| 💻 | Online Banking | www.ccbankonline.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Regular Checking | XXXXXXXXXXXXX7590 | $6,523.96 |

## Regular Checking-XXXXXXXXXXXXX7590

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 12/01/2022 | Beginning Balance | $46,523.96 |
| | 0 Credit(s) This Period | $0.00 |
| | 1 Debit(s) This Period | $40,000.00 |
| 12/31/2022 | Ending Balance | $6,523.96 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/01/2022 | Beginning Balance | | | $46,523.96 |
| 12/08/2022 | Check 101 | $40,000.00 | | $6,523.96 |
| 12/31/2022 | Ending Balance | | | $6,523.96 |

### Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 101 | 12/08/2022 | $40,000.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 12/01/2022 | $46,523.96 | 12/08/2022 | $6,523.96 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |




Proud Divisions of Connecticut Community Bank, N.A.®
Westport National Bank® | Darien Bank & Trust® | Greenwich Bank & Trust® | Norwalk Bank & Trust® | Stamford Bank & Trust® | InsurBanc℠

EQUAL HOUSING LENDER    Member FDIC

**CONNECTICUT COMMUNITY BANK, N.A.®**

**Statement Ending 12/31/2022**

DAVID GHATANFARD    Page 2 of 4
Customer Number: XXXXXXXXXXXX7590

### In Case of Errors or Questions About Your Electronic Transfers

Telephone us at 1-866-831-9892 or write us at:
Connecticut Community Bank, N.A.
Customer Service Department
605 West Avenue, 3rd Floor, Norwalk, CT 06850

as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

*Telephone Verification of Direct Deposits*
If your account receives direct deposits on a regular basis from the same payor, you may call us at 1-866-831-9892 to verify that the Bank has received the deposit as scheduled.

**Account Reconciliation**

| Date | Checks or Debits Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total Outstanding Checks/Debits |  |

| Date of Deposit/Credit Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Total Outstanding Deposits/Credits |  |

**Balancing**

1. Ending Balance found on front of statement    $
2. Deposits outstanding – listed above (not shown on statement)    +
3. Subtotal (add 1 & 2)    +
4. Deduct Checks/Debits outstanding    −
5. Adjusted Statement Balance (subtract 4 from 3)    =

(Balance should agree with your checkbook balance)

**Responsibility to Review Statements:** You should examine your statement and cancelled checks. Notify the Bank within 60 days if you find any errors. If you fail to notify us in writing within 60 days, your statement will be deemed correct.


EQUAL HOUSING LENDER

Member FDIC

(October 2019)



**Statement Ending 12/31/2022**
DAVID GHATANFARD
Page 3 of 4
Customer Number: XXXXXXXXXXXX7590
Account:
Statement Date: 12/31/2022