**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DAVOUD GHATANFARD a/k/a<br>DAVID GHATANFARD,<br><br>　　　　　　Debtor. | Case No. 23-22840-shl<br><br>Chapter 11<br><br>Subchapter V |

### ORDER CONVERTING THE DEBTOR'S CHAPTER 11 CASE
### TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE

THIS MATTER having been opened to the Court upon the motion, dated March 5, 2024, of Pavle Zivkovic, on behalf of himself and others similarly situated ("Movant"), for an order, pursuant to Section 1112(b) of the Bankruptcy Code, converting the Chapter 11 bankruptcy case of Davoud Ghatanfard a/k/a David Ghatanfard (the "Debtor") to a case under Chapter 7 of the Bankruptcy Code [Docket No. __] (the "Motion");[1] and, after due deliberation, the Court having concluded, for the reasons stated on the record at the _____, 2024 hearing, that good and sufficient cause exists for granting the Motion; and the Court finding that notice of the Motion was adequate and proper under the circumstances of this case and that no other notice is necessary; now, therefore, it is hereby ORDERED that:

1. The Motion is granted as set forth herein.

2. The Debtor's Chapter 11 case is hereby converted to a case under Chapter 7 of the Bankruptcy Code.

3. The Office of the United States Trustee shall appoint a Chapter 7 Trustee no later than _____, 2024.

---

[1] Capitalized terms used but not otherwise used herein shall have the meanings ascribed to them in the Motion.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation and enforcement of this Order.

Dated: New York, New York
_____, 2024

_____
The Honorable Sean H. Lane
United States Bankruptcy Judge