# EXHIBIT B

# BARGAIN AND SALE DEED WITH COVENANT AGAINST GRANTOR'S ACTS (INDIVIDUAL OR CORPORATION)

## STANDARD NYBTU FORM 8007

CAUTION: THIS AGREEMENT SHOULD BE PREPARED BY AN ATTORNEY AND REVIEWED BY ATTORNEYS FOR SELLER AND PURCHASER BEFORE SIGNING.

**THIS INDENTURE,** made the 25th day of March 2022

**Between**  DAVID GHATANFARD
Address: 56 Oak Grove Road, Southampton, New York 11968

party of the first part, and

DAVID GHATANFARD & ROSEY KALAYJIAN, As Joint Tenants with Rights of Survivorship
Address:  56 Oak Grove Road, Southampton, New York 11968

party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of 10.00 dollars, lawful money of the United States, paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

SEE SCHEDULE "A" ATTACHED HERETO

SAID PREMISES KNOWN AS:

56 Oak Grove Road
Southampton, New York 11968
District: 0900 Section 031.00 Block 01.00 Lot 004.005

Being the same premises conveyed to the party of the first part by deed dated 09/23/2003 recorded 10/16/2003 in the Office of the Clerk of the County of Suffolk in Liber 12278 Page 90.

**TOGETHER** with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof,

**TOGETHER** with the appurtenances and all the estate and rights of the party of the first part in and to said premises,

**TO HAVE AND TO HOLD** the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**AND** the party of the first part, covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

-1-

*AND* the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

*IN WITNESS WHEREOF,* the party of the first part has duly executed this deed the day and year first above written.

_____
DAVID GHATANFARD

Acknowledgment by a Person Within New York State (RPL § 309-a)

STATE OF NEW YORK              )
COUNTY OF WESTCHESTER    ) ss.:
                                              )

On the **25** day of March 2022, before me, the undersigned, personally appeared DAVID GHATANFARD, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the persons upon behalf of which the individuals acted, executed the instrument.

_____
(signature and office of individual taking acknowledgment)

MICHAEL A. DISANTO
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02DI6233027
Qualified in Westchester County
Commission Expires Dec. 20, 2022

**DEED**

Section: 031.00
Block: 01.00
Lot: 004.005
County of Suffolk
Street Address:  56 Oak Grove Road
                         Southampton, New York 11968

Return By Mail To:

DAVID GHATANFARD
56 Oak Grove Road
Southampton, New York 11968

*First American Title Insurance Company*

Title Number: **RFA13068**
Page **1**

## SCHEDULE A DESCRIPTION

ALL that certain plot, piece or parcel of land, situate, lying and being at Roses Grove in the Town of Southampton, County of Suffolk and State of New York, more particularly bounded and described as follows:

BEGINNING at a point on the southwesterly side of Oak Grove Road said point being distant 284.58 feet northwesterly as measured along the southwesterly side of Oak Grove Road from the corner formed by the intersection of the southwesterly side of Oak Grove Road with the northerly side of Edgemere Drive;

RUNNING THENCE from the point or place of beginning, South 55 degrees 39 minutes 01 second West along land of Richard and Catherine Partington, a distance of 88.72 feet;

THENCE North 39 degrees 41 minutes 00 seconds West along last mentioned lands, a distance of 357.56 feet to the average high water line of Little Peconic Bay;

THENCE northwesterly along the average high water line of Little Peconic Bay a tie line course and distance of North 52 degrees 15 minutes 50 seconds East, 57.84 feet to the westerly side of Oak Grove Road;

THENCE along the westerly side of Oak Grove Road the following 2 courses and distances:

1. South 49 degrees 19 minutes 00 seconds East, 286.07 feet;
2. South 27 degrees 43 minutes 10 seconds East, 83.63 feet to the point or place of BEGINNING.