# EXHIBIT K

12/04/2021

Nationwide Property and Appraisal Services

Finance of America Mortgage LLC
1 West Elm Street, 1st Floor
Conshohocken, PA, 19428

File Number: 

In accordance with your request, I have appraised the real property at:

56 Oak Grove Rd.
Southampton, NY  11968

The purpose of this appraisal is to develop an opinion of the market value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the market value of the property as of   December 4, 2021                          is:

$3,700,000
Three Million Seven Hundred Thousand  Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final opinion of value, descriptive photographs, limiting conditions and appropriate certifications.

Anthony V. Zanello