# EXHIBIT M

**American European Insurance Company**

PO Box 45-9026, Sunrise, FL 33345-9026

**POLICY NUMBER: SHOH0126680-01-0000**

**Important Phone Numbers:**

Your Agent: (914) 834-1234

Customer Service: (833) 378-3781

Claims Reporting: (888) 201-0394

Policy Administered By:
ShoreOne Insurance Managers, Inc. 



## HOMEOWNERS HO-3 POLICY DECLARATIONS

**New Issue**

Policy Effective Date: 07/19/2023 12:01 AM

Policy Expiration Date: 07/19/2024 12:01 AM

**Insured Name and Mailing Address:**

Davoud Ghatanfard
1133 Warburton Ave Apt 505N
Yonkers, NY 10701

**YOUR SHOREONE AGENT IS:**

The Coughlin Group Inc. dba Coughlin Insurance
178 Myrtle Blvd
Larchmont, NY 10538

**Insured location covered by this policy:**

56 Oak Grove Road
Southampton, NY 11968-1146

County: SUFFOLK



**TOTAL ANNUAL POLICY PREMIUM AND FEES**  $5,515.00

Homeowners Premium: $4,158.00

Flood Premium: $0.00

Earthquake Premium: $0.00

Additional Coverages: $1,332.00

Policy Fees: $25.00

COVERAGE IS PROVIDED WHERE A PREMIUM OR LIMIT OF LIABILITY IS SHOWN FOR THE COVERAGE

### SECTION I - PROPERTY COVERAGES      LIMIT

| | |
|---|---|
| Coverage - A - (Dwelling) | $1,953,000 |
| Coverage - B - (Other Structures) | $195,300 |
| Coverage - C - (Personal Property) | $976,500 |
| Coverage - D - (Loss Of Use) | $390,600 |

### SECTION I - DEDUCTIBLES

All Other Perils Deductible: $25,000

Hurricane Deductible: $39,060 (2% of Cov A)

Earthquake Deductible:   N/A

### SECTION II - LIABILITY COVERAGES

| | |
|---|---|
| Coverage - E - (Personal Liability) | $500,000 |
| Coverage - F - (Medical Payments to Others) | $5,000 |

**American European Insurance Company**

PO Box 45-9026, Sunrise, FL 33345-9026

**POLICY NUMBER: SHOH0126680-01-0000**

**Important Phone Numbers:**

Your Agent: (914) 834-1234

Customer Service: (833) 378-3781

Claims Reporting: (888) 201-0394

Policy Administered By:
ShoreOne Insurance Managers, Inc.



## POLICY FEES

| | |
|---|---|
| Inspection Fee | $25.00 |
| NY Fire Insurance fee | $0.00 |

| ADDITIONAL COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| **Home Systems Protection** | | $56.00 |
| **Service Line Coverage** | | $111.00 |
| **Limited Fungi Coverage - Section I** | $50,000 | $160.00 |
| **ShoreOne Enhancement** | | $1,005.00 |

## POLICY FORMS AND ENDORSEMENTS

| | |
|---|---|
| HO 00 03 05 11 | SO HSP 06 20 |
| SO SL 06 20 | HO 04 43 05 11 |
| SO-NY-EXFLDNOTICE 07 21 | SO-NY-FUNG1 12 21 |
| SO-NY-HUNOTICE 07 21 | SO-NY-Hurricane 07 21 |
| SO-NY-LEX 07 21 | SO-NY-LPEN 07 21 |
| SO-NY-LPL 07 21 | SO-NY-NOIP 07 21 |
| SO-NY-PACK2B 07 21 | SO-NY-PD 07 21 |
| SO-NY-Pollution 07 21 | HO 01 31 06 19 |
| HO 24 93 05 02 | |

## Rating Information:

| | | | |
|---|---|---|---|
| Usage Type: | Secondary Residence | First Floor Height: | 1 |
| Named Insured Date of Birth: | 12/12/1950 | Foundation: | Slab |
| Insurance Score: | B | Flood Endorsement: | No |
| Territory: | 1049 | Distance to Coast: | 31872 |
| Protection Class: | 3 | Flood Zone: | X |
| Number of Families: | 1 | Pre/Post FIRM: | Pre Firm |
| Number of Stories: | 2.0 | Automatic Sprinklers: | No |
| Construction: | Frame | Fire Alarm Discount: | No |
| Year Built: | 1970 | Burglar Alarm: | Yes |
| Complete Renovation Year | 1991 | New Home Discount: | Yes |
| Roof Renovation Year: | 2012 | Opening Protection: | No |
| Roof Shape: | Gable | Water Leak Detection Device Discount: | No |
| Roof Material: | Shingle: Asphalt, Composition, or Architectural | Flood Policy Discount: | No |

**American European Insurance Company**

PO Box 45-9026, Sunrise, FL 33345-9026

**POLICY NUMBER: SHOH0126680-01-0000**

**Important Phone Numbers:**

Your Agent: (914) 834-1234

Customer Service: (833) 378-3781

Claims Reporting: (888) 201-0394

Policy Administered By:
ShoreOne Insurance Managers, Inc.



FIRST MORTGAGEE

Select Portfolio Servicing Inc
Loan# 0031431075
P O Box 7277
Springfield, OH 45501

Print Date 06/07/2023

Page 3 of 3

SO HODEC1 06 20
Ren: 01, End: 0000

**American European Insurance Company**

PO Box 45-9026, Sunrise, FL 33345-9026

**POLICY NUMBER: SHOH0126680-01-0000**

**Important Phone Numbers:**

Your Agent: (914) 834-1234

Customer Service: (833) 378-3781

Claims Reporting: (888) 201-0394

Policy Administered By:
ShoreOne Insurance Managers, Inc.



# NOTICES

## THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES. WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU. THE ENCLOSED EXAMPLE ILLUSTRATES HOW THE DEDUCTIBLE MIGHT AFFECT YOU.

Print Date 06/07/2023

Page 1 of 1

SO HODEC1 06 20
Ren: 01, End: 0000