# EXHIBIT R

**Patriot Bank**
900 BEDFORD STREET
STAMFORD, CT 06901

Contact Info:
Contact phone number: 1-888-PATRIOT
Web address: www.BankPatriot.com

Customer Statement   Pg 1 of 4

**Account Number:** ▇6761
**Statement Date:** Oct 01, 2023 thru Oct 31, 2023

### Summary - All Accounts

| Product | Account # | Ending Balance |
|---|---|---|
| Patriot Checking | ▇6761 | $12,757.34 |

DAVOUD GHATANFARD
ROSEY KALAYJIAN
1133 WARBURTON AVENUE #505N
YONKERS NY 10701

## Patriot Checking - 530216761

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | BEGINNING BALANCE | | | $16,129.15 |
| Oct 02 | External Withdrawal BK OF AMER MC - ONLINE PMT | 1,651.07 | | 14,478.08 |
| Oct 10 | External Withdrawal AMEX EPAYMENT ER AM - ACH PMT | 959.08 | | 13,519.00 |
| Oct 12 | Check 343 | 500.00 | | 13,019.00 |
| Oct 16 | External Withdrawal BK OF AMER MC - ONLINE PMT | 1,000.00 | | 12,019.00 |
| Oct 18 | External Deposit SSA TREAS 310 - XXSOC SEC | | 3,160.60 | 15,179.60 |
| Oct 19 | External Withdrawal BK OF AMER MC - ONLINE PMT | 522.26 | | 14,657.34 |
| Oct 23 | External Withdrawal AMEX EPAYMENT ER AM - ACH PMT | 1,700.00 | | 12,957.34 |
| Oct 27 | Check 344 | 200.00 | | 12,757.34 |
| | ENDING BALANCE | | | $12,757.34 |

### Overdraft/Returned Item Fees

| Fee Type | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Check Summary

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 343 | Oct 12 | 500.00 | 344 | Oct 27 | 200.00 | | | |

Number of Checks: 2   * Indicates a skip in sequence   e Indicates an electronic check

---

**Switch to eStatements!**
Save time. Save Trees. Switch to eStatements. A few reasons to switch:
1. View eStatements whenever you like, from wherever you are.
2. Receive your eStatements on the 1st business day of each month. Much sooner than a mailed paper statement!
3. Switching to eStatements helps us reduce the amount of paper we use.
4. Eliminates the need to file and securely store paper statements at home.
5. Signing up for eStatements is free and simple to do! Just login to Online Banking and get started today!

**Social Media**
Stay connected with us via our social media pages on Facebook, Instagram, and LinkedIn. It's a great way to interact with us and to keep up with the latest happenings at Patriot Bank.

Our Customer Support Team is available, Monday through Friday from 7:00 a.m. to 7:00 p.m. and Saturday from 8:00 a.m. to 1:00 p.m., by dialing 1-888-Patriot (728.7468).

**Patriot Bank**

Account Number: ████761
Statement Date: Oct 01, 2023 thru Oct 31, 2023

To expedite your change of address please mail this portion of this statement to:
Patriot Bank, N.A., Attn.: Deposit Operations, 900 Bedford Street, Stamford, CT 06901.

Name _____

Telephone No. (    ) _____

Address _____

City _____ State _____ Zip Code _____

Email _____

Date _____ _____
AUTHORIZED SIGNATURE

PATRIOT BANK, N.A.
DEPOSIT OPERATIONS
900 BEDFORD STREET
STAMFORD CT 06901

---

### CHECKBOOK RECONCILIATION / BALANCING YOUR CHECKBOOK

**Before you Start ...** Please be sure your checkbook contains all automatic transactions shown on this statement (such as automatic deposits, interest credits, credit advances, transfers, payments, service changes, etc.).

**Then ...** Compare and check off debits and credits on the statement against your checkbook. In the column below, list any checks you have written which do not appear on this statement. Also be sure to include any other deductions recorded in your checkbook but not listed on this statement.

| CHECKS OUTSTANDING |  |  |  | DEPOSITS NOT ON STATEMENT |
|---|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| TOTAL TO TOP OF NEXT COLUMN |  | TOTAL CHECKS OUTSTANDING |  | TOTAL DEPOSITS |

**ENTER** Ending balance from front of statement  $ _____ (1)

**ADD** Deposits made since end of statement period  _____ (2)

**TOTAL** (Lines 1 & 2)  _____

**SUBTRACT** Checks outstanding  _____

**BALANCE** Should equal the balance now shown in your checkbook  $ _____

To determine whether a preauthorized transfer (such as a social security deposit) has been made to your account, you can call us at 1.888.PATRIOT (728.7468).

**In Case of Errors or Questions About Your Electronic Transfers:**

Telephone us at 1.888.PATRIOT (728.7468) or write us at Patriot Bank, N.A., Attn.: Deposit Operations, 900 Bedford Street, Stamford, Connecticut 06901 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**IF YOUR ACCOUNT DOES NOT BALANCE,** check the items below:

1. Are the amounts of all deposits you have entered in your checkbook the same as those shown on this statement?
2. Are there any checks shown on this statement that are not listed in your checkbook?
3. Is the amount of each check correctly recorded in your checkbook?
4. Is the addition and subtraction in your checkbook correct?
5. Have you checked all automatic transactions involving your account?
6. If this is an interest bearing account, have you added this month's interest in your checkbook?

---

**PATRIOT BANK, N.A.**
**HOME EQUITY LINE / LINE OF CREDIT / OVERDRAFT PROTECTION**

**(1) FINANCE CHARGE.** A Finance Charge will be assessed on the Average Daily Balance of your Account for every day of your Billing Cycle. A Finance Charge begins to accrue whenever an Advance is posted to your Account, regardless of when and how much you pay after being billed. To get the Average Daily Balance, Lender takes the beginning balance of your Account for every day of the Billing Cycle, adds all new Advances, subtracts all payments and credits, all unpaid late charges, all unpaid Finance Charges, and all other charges. This gives Lender the daily balance. Lender then adds up all the daily balances and divides the total by the number of days in the Billing Cycle. The result is the Average Daily Balance for the Billing Cycle. Lender figures the Finance Charge on your Account by multiplying the applicable Daily Periodic Rate by the Average Daily Balance of your Account and multiplying the result by the number of days in the Billing Cycle. The result is the amount of Finance Charge for the Billing Cycle.

**(2) RATES.** The periodic rate and annual percentage rate which we used to compute the finance charge are the rates set forth in the computer type on the front of this statement.

**(3) VARIABLE RATE ACCOUNTS.** The daily periodic rate may vary from billing cycle to billing cycle.

**(4) BILLING RIGHTS SUMMARY.** In Case of Errors or Questions about your Monthly Statement ("bill").

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at Patriot Bank, N.A., Attn.: Loan Operations, 900 Bedford Street, Stamford, Connecticut 06901 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

Rev. 07/2015                                                                 Member FDIC  EQUAL HOUSING LENDER

23-22840-shl    Doc 55-19    Filed 03/08/24    Entered 03/08/24 13:32:32    Exhibit R - October and November 2023 Statements for Joint Account    Pg 4 of 8

Pg 3 of 4

**Patriot Bank**

**Account Number:** ▮6761
**Statement Date:** Oct 01, 2023 thru Oct 31, 2023

## Account Summary

| Previous Date | Beginning Balance | Deposits | Interest Paid | Withdrawals | Service Charge | Ending Balance |
|---|---|---|---|---|---|---|
| 10/01/2023 | 16,129.15 | 3,160.60 | 0.00 | 6,532.41 | 0.00 | 12,757.34 |

23-22840-shl  Doc 55-19  Filed 03/08/24  Entered 03/08/24 13:32:32  Exhibit R -
October and November 2023 Statements for Joint Account  Pg 5 of 8  Pg 4 of 4

Account Number: 6761
Statement Date: Oct 01, 2023 thru Oct 31, 2023

**Check #343**

DAVID GHATANFARD
ROSEY KALAYJIAN
9 N CANTERBURY RD
HARRISON, NY 10528
343
DATE 9/10/2023
PAY TO THE ORDER OF: MR & MRS JOHN CASTELLANA    $ 500.00/100
FIVE HUNDRED & 00/100 DOLLARS
PatriotBank
MEMO: CONGRAT[...]
Signed: Rosey Kalayjian

CK #343    D 10/12/2023    $500.00

**Check #344**

DAVID GHATANFARD
ROSEY KALAYJIAN
~~9 N CANTERBURY RD~~
~~HARRISON, NY 10528~~
344
DATE 10/9/2023
PAY TO THE ORDER OF: SOUTHAMPTON VOLUNTEER AMBULANCE INC    $ 200.00/100
TWO HUNDRED & 00/100 DOLLARS
PatriotBank
MEMO: DONATION
Signed: Rosey Kalayjian

CK #344    PD 10/27/2023    $200.00

**Patriot Bank**
900 BEDFORD STREET
STAMFORD, CT 06901

Contact Info:
Contact phone number: 1-888-PATRIOT
Web address: www.BankPatriot.com

Int Acc Statement   Pg 1 of 3

Account Number: ███6761
Statement Date: Nov 01, 2023 thru Nov 30, 2023

## Summary - All Accounts

| Product | Account # | Ending Balance |
|---|---|---|
| Patriot Checking | ███6761 | $13,641.85 |

DAVOUD GHATANFARD
ROSEY KALAYJIAN
1133 WARBURTON AVENUE #505N
YONKERS  NY  10701

### Patriot Checking - 530216761

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
|  | **BEGINNING BALANCE** |  |  | $12,757.34 |
| Nov 03 | Check 345 | 200.00 |  | 12,557.34 |
| Nov 06 | External Withdrawal AMEX EPAYMENT ER AM - ACH PMT | 1,500.00 |  | 11,057.34 |
| Nov 15 | External Deposit SSA TREAS 310 - XXSOC SEC |  | 3,160.60 | 14,217.94 |
| Nov 27 | External Withdrawal SUFFOLK COUNTY W MONEYLINE EXPRESS - BILL PAYMT | 576.09 |  | 13,641.85 |
|  | **ENDING BALANCE** |  |  | $13,641.85 |

### Overdraft/Returned Item Fees

| Fee Type | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Check Summary

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 345 | Nov 03 ❏ | 200.00 |  |  |  |  |  |  |

Number of Checks: 1    * Indicates a skip in sequence    e Indicates an electronic check

### Account Summary

| Previous Date | Beginning Balance | Deposits | Interest Paid | Withdrawals | Service Charge | Ending Balance |
|---|---|---|---|---|---|---|
| 11/01/2023 | 12,757.34 | 3,160.60 | 0.00 | 2,276.09 | 0.00 | 13,641.85 |

**Switch to eStatements!**
Save time. Save Trees. Switch to eStatements. A few reasons to switch:
1. View eStatements whenever you like, from wherever you are.
2. Receive your eStatements on the 1st business day of each month. Much sooner than a mailed paper statement!
3. Switching to eStatements helps us reduce the amount of paper we use.
4. Eliminates the need to file and securely store paper statements at home.
5. Signing up for eStatements is free and simple to do! Just login to Online Banking and get started today!

**Social Media**
Stay connected with us via our social media pages on Facebook, Instagram, and LinkedIn. It's a great way to interact with us and to keep up with the latest happenings at Patriot Bank.

Our Customer Support Team is available, Monday through Friday from 7:00 a.m. to 7:00 p.m. and Saturday from 8:00 a.m. to 1:00 p.m., by dialing 1-888-Patriot (728.7468).

03U60A_BK_155PA0001_M090

155PAP0003    PULLS.D.N.155PA0001.208099365.234375_500/000665/000853

**Patriot Bank**

Int. Acc. Statement     Pg 2 of 3

Account Number:     761
Statement Date:     Nov 01, 2023 thru Nov 30, 2023

To expedite your change of address please mail this portion of this statement to:
Patriot Bank, N.A., Attn.: Deposit Operations, 900 Bedford Street, Stamford, CT 06901.

Name _____
_____
Telephone No. (     ) _____
Address _____
City _____ State _____ Zip Code _____
Email _____
Date _____ _____
                               AUTHORIZED SIGNATURE

PATRIOT BANK, N.A.
DEPOSIT OPERATIONS
900 BEDFORD STREET
STAMFORD CT 06901

---

**CHECKBOOK RECONCILIATION / BALANCING YOUR CHECKBOOK**

**Before you Start ...** Please be sure your checkbook contains all automatic transactions shown on this statement (such as automatic deposits, interest credits, credit advances, transfers, payments, service changes, etc.).

**Then ...** Compare and check off debits and credits on the statement against your checkbook. In the column below, list any checks you have written which do not appear on this statement. Also be sure to include any other deductions recorded in your checkbook but not listed on this statement.

| CHECKS OUTSTANDING | | | | DEPOSITS NOT ON STATEMENT | |
|---|---|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL TO TOP OF NEXT COLUMN | | TOTAL CHECKS OUTSTANDING | | TOTAL DEPOSITS | |

**ENTER** Ending balance from front of statement    $ _____ (1)

**ADD** Deposits made since end of statement period    _____ (2)

**TOTAL** (Lines 1 & 2)    _____

**SUBTRACT** Checks outstanding    _____

**BALANCE** Should equal the balance now shown in your checkbook    $ _____

To determine whether a preauthorized transfer (such as a social security deposit) has been made to your account, you can call us at 1.888.PATRIOT (728.7468).

**In Case of Errors or Questions About Your Electronic Transfers:**

Telephone us at 1.888.PATRIOT (728.7468) or write us at Patriot Bank, N.A., Attn.: Deposit Operations, 900 Bedford Street, Stamford, Connecticut 06901 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**IF YOUR ACCOUNT DOES NOT BALANCE,** check the items below:

1. Are the amounts of all deposits you have entered in your checkbook the same as those shown on this statement?
2. Are there any checks shown on this statement that are not listed in your checkbook?
3. Is the amount of each check correctly recorded in your checkbook?
4. Is the addition and subtraction in your checkbook correct?
5. Have you checked all automatic transactions involving your account?
6. If this is an interest bearing account, have you added this month's interest in your checkbook?

---

**PATRIOT BANK, N.A.**
**HOME EQUITY LINE / LINE OF CREDIT / OVERDRAFT PROTECTION**

**(1) FINANCE CHARGE.** A Finance Charge will be assessed on the Average Daily Balance of your Account for every day of your Billing Cycle. A Finance Charge begins to accrue whenever an Advance is posted to your Account, regardless of when and how much you pay after being billed. To get the Average Daily Balance, Lender takes the beginning balance of your Account for every day of the Billing Cycle, adds all new Advances, subtracts all payments and credits, all unpaid late charges, all unpaid Finance Charges, and all other charges. This gives Lender the daily balance. Lender then adds up all the daily balances and divides the total by the number of days in the Billing Cycle. The result is the Average Daily Balance for the Billing Cycle. Lender figures the Finance Charge on your Account by multiplying the applicable Daily Periodic Rate by the Average Daily Balance of your Account and multiplying the result by the number of days in the Billing Cycle. The result is the amount of Finance Charge for the Billing Cycle.

**(2) RATES.** The periodic rate and annual percentage rate which we used to compute the finance charge are the rates set forth in the computer type on the front of this statement.

**(3) VARIABLE RATE ACCOUNTS.** The daily periodic rate may vary from billing cycle to billing cycle.

**(4) BILLING RIGHTS SUMMARY.** In Case of Errors or Questions about your Monthly Statement ("bill").

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at Patriot Bank, N.A., Attn.: Loan Operations, 900 Bedford Street, Stamford, Connecticut 06901 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

Rev. 07/2015          Member FDIC    EQUAL HOUSING LENDER

**Patriot Bank**

Account Number: ███████761
Statement Date: Nov 01, 2023 thru Nov 30, 2023

DAVID GHATANFARD
ROSEY KALAYJIAN
9 N CANTERBURY RD
HARRISON, NY 10528

345
DATE 10/9/2023
PAY TO THE ORDER OF NORTH SEA FIRE DEPARTMENT    $ 200.00/100
TWO HUNDRED & 00/100    DOLLARS
MEMO 2023 DONATION
/s/ Rosey Kalayjian

CK #345    PD 11/03/2023    $200.00