PENACHIO MALARA LLP
245 Main Street-Suite 450
White Plains, NY 10601
(914) 946-2889

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

DAVOUD GHATANFARD a/k/a
DAVID GHATANFARD,

CHAPTER 11
(Subchapter V)

CASE NO.: 23-22840-shl

Debtor.
-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

**I, JENNIFER RAGGO**, under penalties of perjury, duly sworn, set forth as follows:

1. On April 12, 2024, I caused to be served by First Class Mail, a true copy of the *"Notice of Appeal and Statement of Election"* by placing such document in a sealed, postage paid envelope and depositing them in the care of the United States Post Office at a depository located within the State of New York, City of White Plains on:

> Bruce Minkoff, Esq.
> Robinowitz Cohlan & Doherty, LLP
> 199 Main Street
> White Plains, NY 10601
>
> Yosef Nussbaum, Esq.
> Joseph & Kirschenbaum LLP
> 32 Broadway, Suite 601
> New York, NY 10004
>
> Veronique Urban, Esq.
> McGrail & Bensinger LLP
> 888-C Eight Avenue
> Suite 107
> New York, NY 10019
>
> Kevin J. Harrington, Esq.
> Harrington Ocko & Monk LLP
> 81 Main Street, Suite 215
> White Plains, NY 10601

Yann Geron, Esq.
SubChapter V Trustee
Geron Legal Advisors LLC
370 Lexington Avenue
Suite 1101
New York, NY 10017

Annie Wells, Esq.
Department of Justice
Office of the U.S Trustee
Alexander Hamilton U.S. Custom House
One Bowling Green
New York, NY 10004

Dated: White Plains, NY
April 16, 2024

*Jennifer Raggo*
Jennifer Raggo