UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| DAVOUD GHATANFARD a/k/a | : | Case No. 23-22840-shl |
| DAVID GHATANFARD, | : | |
| | : | |
| Debtor. | : | |

-----------------------------------------------------------------x

### STIPULATION AND ORDER EXTENDING THE CHAPTER 7 TRUSTEE'S TIME TO OBJECT TO DEBTOR'S EXEMPTIONS

**WHEREAS**, the above-captioned debtor (the "<u>Debtor</u>") filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"); and

**WHEREAS**, the Debtor's case was subsequently converted to one under chapter 7 of the Bankruptcy Code; and

**WHEREAS**, Yann Geron (the "<u>Trustee</u>") has been appointed chapter 7 trustee of the above-captioned bankruptcy estate; and

**WHEREAS**, on June 19, 2024, the Debtor filed amended schedules, including an amended Schedule C – Property Claimed as Exempt; and

**WHEREAS**, pursuant to Fed. R. Bankr. P. 4003, the time to object to exemptions needs to be extended;

(continued on the next page)

**IT IS NOW, THEREFORE, STIPULATED** by and between the parties hereto that the

Trustee's time to object to the Debtor's exemptions pursuant to Fed. R. Bankr. P. 4003 be, and it

hereby is, extended to and including **AUGUST 30, 2024** without prejudice to further extensions.

New York, New York
Dated:  7/18/2024

                    By:  *s/ Yann Geron*
                        Yann Geron, Chapter 7 Trustee

New York, New York
Dated:  7/18/2024

                        DEBTOR

                        */s/ Anne Penachio*
                        Anne Penachio, Esq.
                        Counsel to the Debtor

**SO ORDERED**:
White Plains, New York
Dated:  July 25, 2024

*/s/ Sean H. Lane*
Honorable Sean H. Lane
United States Bankruptcy Judge