

Yann Geron
ygeron@geronlegaladvisors.com

370 Lexington Avenue, Suite 1208
New York, NY 10017
Tel (646) 560-3224
Fax (207) 421-9215
geronlegaladvisors.com

November 5, 2024

**VIA EMAIL AND ELECTRONIC FILING** (shl.orders@nysb.uscourts.gov )

The Honorable Sean H. Lane
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

**Re:    Davoud Ghatanfard a/k/a David Ghatanfard, Debtor; Case No. 23-22840-shl**

Dear Judge Lane:

I am serving as the chapter 7 trustee of the bankruptcy estate of Davoud Ghatanfard a/k/a David Ghatanfard (the "Debtor"), the above-referenced debtor. Following Your Honor's instructions at the hearing held on October 24, 2024, we circulated the enclosed proposed Order Denying and Limiting the Scope of Certain of the Debtor's Claimed Exemptions to Debtor's counsel and requested her consent to the proposed order. Despite our initial request and a follow-up, we have not received a response from Ms. Penachio. Therefore, we were compelled to submit the proposed order directly to Your Honor for consideration.

Respectfully,

*s/ Yann Geron*

Yann Geron

Enclosure
cc (via email, w/ encl.):
    Anne Penachio, Esq.
    Nicole N. Santucci, Esq.
    Annie Wells, Esq.