# PENACHIO MALARA, LLP
### ATTORNEYS AT LAW
**245 Main Street, Suite 450**
**White Plains, New York 10601**

FRANCIS J. MALARA*  
ANNE J. PENACHIO*  

JENNIFER RAGGO, Paralegal  
--------------------------------------------
*Also admitted in CT

**Telephone (914) 946-2889**
**Facsimile (914) 206-4884**
**www.pmlawllp.com**

frank@pmlawllp.com  
apenachio@pmlawllp.com  
jraggo@pmlawllp.com

November 5, 2024

**Electronically Filed**

The Honorable Sean H. Lane  
United States Bankruptcy Court  
The Charles L. Brieant Jr. Federal Building and Courthouse  
300 Quarropas Street  
White Plains, NY 10601

        Re:    David Ghatanfard  
                 Ch. 7 Case No.: 23-22840 (shl)

Dear Judge Lane:

    I serve as counsel to David Ghatanfard, the above-referenced Chapter 7 debtor (the "Debtor"). I am writing with respect to the proposed order submitted by Yann Geron, Chapter 7 Trustee. I do not believe that such order reflects the Court's ruling at the hearing on October 29, 2024. At the hearing, the Court indicated that the exemption would be permitted to the extent allowed under the law as my proposed order states.

    Although I conveyed this to Mr. Geron's office, I was not able to respond formally to his proposed order until today as I was required to attend an in-person mediation at the New York State Supreme Court.

    Thank you.

                                         Respectfully,

                                         /s/ Anne Penachio

                                         Anne Penachio

AP:jr