HARRINGTON, OCKO & MONK LLP
Attorneys for Creditor Valbella At The Park, LLC,
and Interested Party Rosey Kalayjian
Kevin J. Harrington, Esq.
81 Main Street, Suite 215
White Plains, NY 10601
(914) 686-4800
kharrington@homlegal.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

In re:

DAVOUD GHATANFARD a/k/a
DAVID GHATANFARD,

          Debtor.
———————————————————————X

Chapter 7

Case No. 23-22840 (shl)

## MOTION TO WITHDRAW ERIN DURBA AS AN ATTORNEY OF RECORD PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)

This motion (the "Motion") seeks, pursuant to Local Rule 2090-1(e) of the Local Bankruptcy Rules, an order withdrawing Erin Durba, Esq. of the law firm Harrington, Ocko & Monk LLP ("HOM") as an attorney of record for Creditor Valbella At The Park ("Creditor VATP"), and Interested Party Rosey Kalayjian ("Interested Party Kalayjian"). This motion seeks that Erin Durba, Esq.'s name be removed from any applicable service lists, including the Court's CMF/ECF electronic notification list, maintained in the above-captioned case. Ms. Durba has left HOM effective March 7, 2025. HOM will continue to serve as attorneys for the Creditor VATP, and Interested Party Kalayjian.

I, Kevin J. Harrington, Esq., am an attorney in HOM who has previously appeared as an attorney of record in this case on behalf of the Creditor VATP, and Interested Party Kalayjian.

Because I will continue to serve as an attorney of record in this case, the Court's approval of this Motion will not impact HOM's representation of the Creditor VATP, and Interested Party Kalayjian, and will not result in prejudice or delay to any party.

WHEREFORE, for the reasons set forth herein, I respectfully request that the Court grant this Motion and order that Erin Durba, Esq. is withdrawn as an attorney of record and, thus, will no longer receive service or electronic notifications in the above-captioned case. A proposed form of order granting the relief requested herein is attached hereto as Exhibit A.

Dated: March 12, 2025
      White Plains, New York

                         HARRINGTON, OCKO & MONK, LLP

                         By: /s/ Kevin J. Harrington
                               Kevin J. Harrington
                               Attorneys *for Creditor*
                               VALBELLA AT THE PARK, LLC, and
                               Interested Party ROSIE KALAYJIAN
                               81 Main Street, Suite 215
                               White Plains, NY 10601
                               (914) 686-4800
                               kharrington@homlegal.com