UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————X

In re:

DAVOUD GHATANFARD a/k/a
DAVID GHATANFARD,

Debtor.

———————————————————————X

Chapter 7

Case No. 23-22840 (shl)

## CERTIFICATE OF SERVICE

I hereby certify that, on March 12, 2025, I caused a copy of the *MOTION TO WITHDRAW ERIN DURBA AS AN ATTORNEY OF RECORD PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e), with EXHIBIT A (PROPOSED ORDER)* (ECF Docket Reference Nos. 127, and 127-1) on parties who are participants in the Courts Electronic Noticing System ("NEF") in this case via ECF on March 12, 2025.

Dated:     White Plains, New York
           March 12, 2025

HARRINGTON, OCKO & MONK, LLP

By: _____
    Kevin J. Harrington
    Attorneys for Creditor
    VALBELLA AT THE PARK, LLC, and
    Interested Party ROSIE KALAYJIAN
    81 Main Street, Suite 215
    White Plains, NY 10601
    (914) 686-4800
    kharrington@homlegal.com