UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
In re                                              :         Chapter 7
                                                   :
DAVOUD GHATANFARD,                                 :         Case No. 23-22840 (SAB)
                                                   :
                        Debtor.                    :
------------------------------------------------------- x

**STIPULATION AND ORDER
EXTENDING THE UNITED STATES TRUSTEE'S
AND CHAPTER 7 TRUSTEE'S RESPECTIVE TIME TO
OBJECT TO THE DEBTOR'S DISCHARGE OR TO MOVE TO
DISMISS DEBTOR'S BANKRUPTCY CASE THROUGH APRIL 15, 2026**

**WHEREAS**, the above-captioned debtor (the "Debtor") filed a voluntary petition for relief under chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, Yann Geron (the "Trustee") has been appointed chapter 7 trustee of the above-captioned bankruptcy estate; and

**WHEREAS**, pursuant to 11 U.S.C. § 707(b), 11 U.S.C. § 727(a), Fed. R. Bankr. P. 1017(e), and Fed. R. Bankr. P. 4004(a), the time to move for dismissal and/or to object to discharge needs to be extended;

**IT IS NOW, THEREFORE, STIPULATED** by and between the parties hereto that the Trustee's and the United States Trustee's respective time to object to the Debtor's discharge pursuant to § 727(a) of the Bankruptcy Code or to move to dismiss the Debtor's case pursuant to § 707(b) be, and it hereby is, extended to and including **April 15, 2026** without prejudice to further extensions.

New York, New York
Dated:  2/12/26

                                                   By:    *s/ Yann Geron*
                                                          Yann Geron, Chapter 7 Trustee

New York, New York                                 DEBTOR
Dated:  2/18/26

                                                          *s/ Anne Penachio*
                                                          Anne Penachio, Esq.
                                                          Counsel to the Debtor


                                                          WILLIAM K. HARRINGTON
                                                          UNITED STATES TRUSTEE, REGION 2

                                                          *s/ Annie Wells*
                                                          Annie Wells, Esq.
                                                          Trial Attorney

**SO ORDERED**:
Dated:  New York, New York
   <u>February 20, 2026</u>

               <u>/S/ Shireen A. Barday     </u>
               **THE HONORABLE SHIREEN A. BARDAY**