**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

In re:

DAVOUD GHATANFARD a/k/a
DAVID GHATANFARD,

                        Debtor.

Chapter 7

Case No. 23-22840 (SAB)

------------------------------------------------------------X

### ORDER GRANTING MOTION TO WITHDRAW
### ERIN DURBA AS AN ATTORNEY OF RECORD
### <u>PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)</u>

Upon the *Motion to Withdraw Erin Durba as an Attorney of Record pursuant to Local Bankruptcy 2090-1(e)* (ECF No. 127) filed by Kevin J. Harrington, Esq. of Harrington, Ocko and Monk LLP ("<u>HOM</u>"), and for good cause shown therein, it is hereby:

**ORDERED** that Erin Durba, Esq. is withdrawn as a HOM attorney of record on behalf of creditor Valbella At The Park and interested party Rosey Kalayjian; and it is further

**ORDERED** that Erin Durba, Esq. shall no longer receive notices from the Court's CM/ECF system in this proceeding.

Date: <u>April 14, 2026</u>
New York, New York

                                       /s/ Shireen A. Barday
                                       **HONORABLE SHIREEN A. BARDAY**
                                       **UNITED STATES BANKRUPTCY JUDGE**