UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                                                                      :

                                          :    Chapter 7
                                          :    Case No. 23-22840 (SAB)

DAVOUD GHATANFARD a/k/a                            :
DAVID GHATANFARD,                                        :
                                          :

                        Debtor.                           :

---------------------------------------------------------------x

In re:                                                                      :

                                          :    Chapter 7
                                          :    Case No. 23-22845 (SAB)

LAURA CHRISTY MIDTOWN LLC,                        :

                        Debtor.                           :

---------------------------------------------------------------x

YANN GERON, Chapter 7 Trustee of the Estate of  :
Davoud Ghatanfard a/k/a David Ghatanfard,        :

                        Plaintiff,                      :

-against-                                                                :    Adv. Pro. No. 25- 07032 (SAB)

                                          :

ROSEY KALAYJIAN and HAMPTONS              :
CONSULTING SERVICES LLC,                            :

                        Defendants.                   :

---------------------------------------------------------------x

## ORDER, PURSUANT TO BANKRUPTCY RULE 9019, AUTHORIZING AND APPROVING GLOBAL SETTLEMENT AGREEMENT

Upon the joint application, dated May 18, 2026 (the "Application"), of Yann Geron

(the "Ghatanfard Trustee"), not individually but solely as chapter 7 trustee of the estate of Davoud

Ghatanfard a/k/a David Ghatanfard ("Ghatanfard"), an above-captioned debtor (the "Ghatanfard

Debtor"), and Albert Togut (the "LCM Trustee" and together with the Ghatanfard Trustee, the

"Trustees"), not individually but solely as chapter 7 trustee of the estate of Laura Christy Midtown

LLC ("LCM"), an above-captioned debtor (the "LCM Debtor" and together with the Ghatanfard

Debtor, the "Debtors"), for an order, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), approving a global settlement agreement, dated May 5, 2026 (the "Settlement Agreement"), a copy of which was annexed to the Application as Exhibit A, among the Trustees, on the one hand, and Ghatanfard, Rosie Kalayjian ("Kalayjian"), Hamptons Consulting Services LLC ("HCS"), and Valbella at the Park, LLC ("VATP," and together with Ghatanfard, Kalajyjian, and HCS, the "Settling Defendants"), on the other hand (collectively, the Trustees and the Settling Defendants are the "Parties"), providing for the settlement of all pending claims by and against the Parties, including those asserted in the Class Action, the Successor Liability Action, and the above-captioned adversary proceeding commenced by the Ghatanfard Trustee against Kalayjian and HCS (Adv. Pro. No. 25-07032-sab); and upon the Blander Declaration and the Geron Declaration submitted in support of the Application; and it appearing that good and sufficient notice of the Application has been given and no other or further notice being necessary; and upon a hearing on the Application having been held before this Court on June 16, 2026 (the "Hearing"); and upon the record of the Hearing, which is incorporated herein by reference; and sufficient cause having been shown therefor; it is hereby

*ORDERED* that service of the notice of Application and the Hearing was good and sufficient, and no further notice thereof need be given; and it is further

*ORDERED* that the relief requested in the Application is granted to the extent provided herein; and it is further

*ORDERED* that the Settlement Agreement is approved; and it is further

*ORDERED* that the Parties are hereby authorized and directed to take such further actions as are necessary to consummate the terms of the Settlement Agreement; and it is further

2

    ***ORDERED***, that this Court shall retain jurisdiction to, among other things, interpret

and enforce the terms and provisions of this Order.

 Dated: New York, New York
    June __, 2026

                    ——————————————————————

                    HONORABLE SHIREEN A. BARDAY
                    UNITED STATES BANKRUPTCY JUDGE