GERON LEGAL ADVISORS LLC                    **Adjourn Date: August 13, 2026**
Yann Geron, Esq.                            **At: 1:00 p.m. (ET)**
Nicole N. Santucci, Esq.
Alejandro J. Urquides, Esq.
370 Lexington Avenue, Suite 1208
New York, New York 10017
(646) 560-3224
ygeron@geronlegaladvisors.com
nsantucci@geronlegaladvisors.com
aurquides@geronlegaladvisors.com

*Attorneys for Yann Geron, Ghatanfard Chapter 7 Trustee/Plaintiff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
In re                                          :
                                               :    Chapter 7
DAVOUD GHATANFARD a/k/a DAVID                  :
GHATANFARD,                                    :    Case No. 23-22840-sab
                                               :
                              Debtor.          :
------------------------------------------------------------- x
In re                                          :
                                               :    Chapter 7
LAURA CHRISTY MIDTOWN LLC,                      :
                                               :    Case No. 23-22845-sab
                              Debtor.          :
------------------------------------------------------------- x
YANN GERON, Chapter 7 Trustee of the Estate of :
Davoud Ghatanfard a/k/a David Ghatanfard,      :
                                               :
                              Plaintiff,        :
                                               :
-against-                                      :    Adv. Pro. No. 25- 07032−sab
                                               :
ROSEY KALAYJIAN AND HAMPTONS                    :
CONSULTING SERVICES LLC,                        :
                                               :
                              Defendants.       :
------------------------------------------------------------- x

## NOTICE OF ADJOURNMENT

TO DEBTORS' COUNSEL, COUNSEL TO THE DEFENDANTS, COUNSEL TO THE LAURA
CHRISTY MIDTOWN LLC TRUSTEE, CLASS COUNSEL, AND THE UNITED STATES
TRUSTEE:

*PLEASE TAKE NOTICE* that the following matters:

- *Hearing on Ghatanfard Debtor's Motion to Disallow Claims numbered 3 of Pavle Zivkovic as Class Plaintiff and Proof of Claim Numbered 4 of Pavle Zivkovic individually [Ghatanfard DE 77];*

- *Hearing on LCM Debtor's Motion to Disallow Claims numbered 2 of Pavle Zivkovic as Class Plaintiff and Proof of Claim Numbered 3 of Pavle Zivkovic individually [LCM DE 53];*

- *Hearing on Proposed Stipulation and Agreed Order Modifying the Automatic Stay to Allow Continuation of the Class Action for all Purposes, Including Entry of Final Judgment [Ghatanfard DE 163, LCM DE 115];*

- *Hearing on Application Seeking to Extend the United States Trustee's and Chapter 7 Trustee's Respective Time to Object to Debtor's Discharge or to Move to Dismiss Debtor's Bankruptcy Case [Ghatanfard DE 186];*

- *Initial Pretrial Conference in the above-referenced adversary proceeding; and*

- *Hearing on Ghatanfard Debtor's Motion to Motion to Expunge Claim numbered 2 of Wilmington Savings Fund Society, FSB [Ghatanfard DE 193]; and*

- *Joint Motion of the Ghatanfard Trustee and LCM Trustee for an Order, Pursuant to Bankruptcy Rule 9019, Authorizing and Approving Global Settlement Agreement [Ghatanfard DE 200, LCM DE 133].*

(collectively, the "Hearings"), have been adjourned on consent to **August 13, 2026, at 1:00 p.m. (ET)**.

*PLEASE TAKE FURTHER NOTICE* that the Hearings may be further adjourned or continued from time to time upon further notice.

*PLEASE TAKE FURTHER NOTICE* that in accordance with the Court's General Order M-543 ("General Order M-543") dated March 20, 2020, the Hearings will be conducted remotely via Zoom for Government. Parties wishing to participate in the Hearings, whether making a "live" or "listen only" appearance before the Court, must arrange to make an electronic appearance (an "eCourt Appearance") no later than 4:00 p.m. (prevailing Eastern Time) on the day prior to the

2

Hearings, through Zoom for Government. To do so, you may: (i) access the eCourt Appearances tool on the Court's website at: https://www.nysb.uscourts.gov/ecourt-appearances; or (ii) visit the Court's eCourt Appearances website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. For further information and instructions, you may also consult the Zoom Video Hearing Guide at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

Dated:   New York, New York
         June 29, 2026

GERON LEGAL ADVISORS LLC
*Attorneys for Yann Geron, Ghatanfard Chapter 7 Trustee/Plaintiff*

By   */s/ Yann Geron*
     Yann Geron
     Nicole N. Santucci
     Alejandro J. Urquides
     370 Lexington Avenue, Suite 1208
     New York, New York 10017
     (646) 560-3224
     ygeron@geronlegaladvisors.com
     nsantucci@geronlegaladvisors.com
     aurquides@geronlegaladvisors.com

3