**UNITED STATES BANKRUPTCY COURT**
SOUTHERN **DISTRICT OF** NEW YORK
MANHATTAN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| DAVOUD GHATANFARD | § | Case No. 23-22840 SAB |
| | § | |
| Debtor | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on 11/13/2023. The case was converted to one under Chapter 7 on 04/11/2024. The undersigned trustee was appointed on 11/13/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 1,788,921.59

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 1,537.19 |
| Bank service fees | | 0.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 1,787,384.40 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/25/2024 and the deadline for filing governmental claims was 10/25/2024. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $76,917.65. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $76,917.65, for a total compensation of $76,917.65[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $95.80, for total expenses of $95.80[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/16/2026 By: /s/YANN GERON, TRUSTEE
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 23-22840 SAB | SAB | Judge: | Shireen A. Barday | |
| Case Name: | DAVOUD GHATANFARD | | | | |
| For Period Ending: | 09/16/2026 | | | | |

Trustee Name: YANN GERON, TRUSTEE
Date Filed (f) or Converted (c): 04/11/2024 (c)
341(a) Meeting Date: 06/21/2024
Claims Bar Date: 10/25/2024

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 56 Oak Grove Road South Hampton Ny Suffolk<br><br>Document 98 - Full value of 56 Oak Grove Road is $2,500,000.00.<br>Claims relating to this asset resolved as part of global settlement (see asset no. 12).<br>Ordered abandoned by Trustee Dkt. #214 8/13/26 | 2,500,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 2014 Mercedes S400 Mileage: 200000 | 5,000.00 | 0.00 | | 0.00 | FA |
| 3. Ordinary And Necessary Household Furniture | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. Cell Phone | 0.00 | 0.00 | | 0.00 | FA |
| 5. Ordinary Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Patriot Bank<br><br>Claims relating to this asset resolved as part of global settlement (see asset no. 12). | 10,000.00 | 0.00 | | 0.00 | FA |
| 7. Bank Of America | 20,000.00 | 32,164.21 | | 33,339.21 | FA |
| 8. Potential Claims Against 3Rd Partyies As Asserted By Class Action Claimant (Unknown Value)<br><br>Claims relating to this asset resolved as part of global settlement (see asset no. 12). | 0.00 | 0.00 | | 0.00 | FA |
| 9. Connecticut Community Bank (u) | 1,040.00 | 1,040.00 | | 1,040.00 | FA |
| 10. Non-publicly traded stock and interests in incorporated and unincorprated businesses: Sole Owner of Laura Christy Midtown LLC (u)<br><br>Claims relating to this asset resolved as part of global settlemetn (see asset no. 12). | Unknown | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 23-22840 SAB | SAB | Judge: Shireen A. Barday | Trustee Name: | YANN GERON, TRUSTEE |
| Case Name: | DAVOUD GHATANFARD | | | Date Filed (f) or Converted (c): | 04/11/2024 (c) |
| | | | | 341(a) Meeting Date: | 06/21/2024 |
| For Period Ending: | 09/16/2026 | | | Claims Bar Date: | 10/25/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. Non-publicly traded stock and interests in incorporated and unincorprated businesses: Oak Grove LLC (owns 5% of ValBella at The Park) (u)<br><br>Claims relating to this asset resovled as part of global settlement (see asset no. 12). | Unknown | 0.00 | | 0.00 | FA |
| 12. Adversary Proceeding Settlement (u) | 0.00 | 1,750,000.00 | | 1,750,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | 0.00 | N/A | | 4,542.38 | FA |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $2,539,540.00 | $1,783,204.21 | | $1,788,921.59 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/2026 Current Projected Date of Final Report (TFR): 12/31/2026

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 23-22840 SAB
Case Name: DAVOUD GHATANFARD
Taxpayer ID No: XX-XXX4079
For Period Ending: 09/16/2026

Trustee Name: YANN GERON, TRUSTEE
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0689
Checking
Blanket Bond (per case limit): $43,994,380.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/11/24 | | Bank of America (Cashier's Check) One Bryant Park | Turnover of bank account funds. Turnover of Bank of America and Connecticut Community Bank account funds from Debtor. | | | $34,379.21 | | $34,379.21 |
| | | | Gross Receipts | $34,379.21 | | | | |
| | 7 | | Bank Of America | $33,339.21 | 1129-000 | | | |
| | 9 | | Connecticut Community Bank | $1,040.00 | 1229-000 | | | |
| 06/23/25 | 2001 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | Bond premium no. 612418767 | | 2300-000 | | $49.55 | $34,329.66 |
| 06/17/26 | 2002 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | Bond Premium Payment re 6/19/26 to 6/19/27 term | | 2300-000 | | $1,487.64 | $32,842.02 |
| 08/28/26 | | Transfer from Acct # xxxxxx0853 | Transfer of Funds | | 9999-000 | $1,754,542.38 | | $1,787,384.40 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $1,788,921.59 | $1,537.19 |
| Less: Bank Transfers/CD's | $1,754,542.38 | $0.00 |
| Subtotal | $34,379.21 | $1,537.19 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $34,379.21 | $1,537.19 |



Page Subtotals: $1,788,921.59 $1,537.19

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 23-22840 SAB
Case Name: DAVOUD GHATANFARD

Taxpayer ID No: XX-XXX4079
For Period Ending: 09/16/2026

Trustee Name: YANN GERON, TRUSTEE
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0853
Segregated Settlement Account
Blanket Bond (per case limit): $43,994,380.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/12/26 | 12 | Oak Grove Road LLC | Wire Transfer Credit | 1241-000 | $1,750,000.00 | | $1,750,000.00 |
| 05/31/26 | INT | Axos Bank | Interest posting | 1270-000 | $1,093.47 | | $1,751,093.47 |
| 06/30/26 | INT | Axos Bank | Interest posting | 1270-000 | $1,641.49 | | $1,752,734.96 |
| 08/02/26 | INT | Axos Bank | Interest posting | 1270-000 | $1,807.42 | | $1,754,542.38 |
| 08/28/26 | | Transfer to Acct # xxxxxx0689 | Transfer of Funds | 9999-000 | | $1,754,542.38 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $1,754,542.38 | $1,754,542.38 |
| Less: Bank Transfers/CD's | $0.00 | $1,754,542.38 |
| Subtotal | $1,754,542.38 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,754,542.38 | $0.00 |



Page Subtotals: $1,754,542.38 $1,754,542.38

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0689 - Checking | $34,379.21 | $1,537.19 | $1,787,384.40 |
| XXXXXX0853 - Segregated Settlement Account | $1,754,542.38 | $0.00 | $0.00 |
| | $1,788,921.59 | $1,537.19 | $1,787,384.40 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $1,788,921.59 |
| Total Gross Receipts: | $1,788,921.59 |



Page Subtotals: $0.00 $0.00

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 23-22840

Date: September 16, 2026

Debtor Name: DAVOUD GHATANFARD

Claims Bar Date: 10/25/2024

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100<br>2100 | YANN GERON<br>YANN GERON<br>GERON LEGAL ADVISORS LLC<br>370 LEXINGTON AVENUE<br>SUITE 1208<br>NEW YORK, NY 10017 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $76,917.65 | $76,917.65 |
| 100<br>2200 | YANN GERON<br>YANN GERON<br>GERON LEGAL ADVISORS LLC<br>370 LEXINGTON AVENUE<br>SUITE 1208<br>NEW YORK, NY 10017 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $95.80 | $95.80 |
| 100<br>3110 | Geron Legal Advisors LLC<br>370 Lexington Avenue<br>Suite 1208<br>New York, NY 10017<br>Attn: Accounts Payable | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $417,641.00 | $417,641.00 |
| 100<br>3120 | Geron Legal Advisors LLC<br>370 Lexington Avenue<br>Suite 1208<br>New York, NY 10017<br>Attn: Accounts Payable | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $763.24 | $763.24 |
| 100<br>3320 | RKC, LLC d/b/a RK Consultants, LLC<br>112 West 34th Street<br>Suite 18028<br>New York, NY 10120 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $104.70 | $104.70 |
| 100<br>3410 | RKC, LLC d/b/a RK Consultants, LLC<br>112 West 34th Street<br>Suite 18028<br>New York, NY 10120 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $187,827.00 | $187,827.00 |
| 5<br>150<br>6700 | PENACHIO MALARA, LLP<br>(ADMINISTRATIVE)<br>245 MAIN STREET, SUITE 450<br>WHITE PLAINS, NY 10601 | Administrative<br>Payment Status:<br>Valid To Pay | Date Filed: 07/15/2024<br>Claim reduced to reflect amount sought per final fee application, less $20,000 retainer [DE 216]. | $0.00 | $100,000.00 | $88,003.64 |
| 1<br>300<br>7100 | WOOSTER 76 LLC<br>C/O ROBINOWITZ COHLAN<br>DUBOW & DOHERTY<br>199 MAIN STREET, SUITE 500<br>WHITE PLAINS, NY 10601 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 01/29/2024 | $687,849.73 | $187,375.05 | $187,375.05 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 23-22840 Date: September 16, 2026

Debtor Name: DAVOUD GHATANFARD

Claims Bar Date: 10/25/2024

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3<br>300<br>7100 | PAVLE ZIVKOVIC<br>C/O JOSEPH &<br>KIRSCHENBAUM<br>32 BROADWAY, #601<br>NEW YORK, NY 10004 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 02/05/2024<br>Pursuant to the terms of the global settlement, which was approved by order dated August 13, 2026 [DE 215], the District Court shall appoint a third-party claims administrator to disburse the payment on account of this claim to class members and its counsel. The payee of this claim is likely to change once the claims administrator is appointed. | $5,200,000.00 | $6,463,767.38 | $6,463,767.38 |
| 4<br>300<br>7100 | PAVLE ZIVKOVIC<br>C/O JOSEPH &<br>KIRSCHENBAUM<br>32 BROADWAY, #601<br>NEW YORK, NY 10004 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 02/05/2024<br>Pursuant to the terms of the global settlement, which was approved by order dated August 13, 2026 [DE 215], the District Court shall appoint a third-party claims administrator to disburse the payment on account of this claim to class members and its counsel. The payee of this claim is likely to change once the claims administrator is appointed. | $5,200,000.00 | $242,500.00 | $242,500.00 |
| 6<br>300<br>7100 | VALBELLA AT THE PARK, LLC<br>3 BRYANT PARK<br>NEW YORK, NY 10036 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 10/25/2024<br>Withdrawn pursuant to global settlement agreement, which was approved by order dated August 13, 2026 [DE 215]. | $0.00 | $928,509.85 | $0.00 |
| 2<br>400<br>4110 | Wilmington Savings Fund Society, FSB<br>as owner trustee of OBX 2024-NQM6 Trust<br>C/O SELECT PORTFOLIO SERVICING, INC.<br>P.O. Box 65250<br>SALT LAKE CITY, UT 84165-0250 | Secured<br>Payment Status:<br>Valid To Pay | Date Filed: 04/03/2025<br>Amended claim, filed on 4/3/25 (Claim 2-2). Withdrawn pursuant to stipulation which was approved by order dated August 13, 2026 [DE 214]. | $2,000,000.00 | $2,120,941.21 | $0.00 |
| | Case Totals | | | $13,087,849.73 | $10,726,442.88 | $7,664,995.46 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 23-22840 SAB
Case Name: DAVOUD GHATANFARD
Trustee Name: YANN GERON, TRUSTEE

| | | |
|---|---|---|
| Balance on hand | $ | 1,787,384.40 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Wilmington Savings Fund Society, FSB | $ 2,120,941.21 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 1,787,384.40 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: YANN GERON | $ 76,917.65 | $ 0.00 | $ 76,917.65 |
| Trustee Expenses: YANN GERON | $ 95.80 | $ 0.00 | $ 95.80 |
| Attorney for Trustee Fees: Geron Legal Advisors LLC | $ 417,641.00 | $ 0.00 | $ 417,641.00 |
| Attorney for Trustee Expenses: Geron Legal Advisors LLC | $ 763.24 | $ 0.00 | $ 763.24 |
| Accountant for Trustee Fees: RKC, LLC d/b/a RK Consultants, LLC | $ 187,827.00 | $ 0.00 | $ 187,827.00 |
| Accountant for Trustee Expenses: RKC, LLC d/b/a RK Consultants, LLC | $ 104.70 | $ 0.00 | $ 104.70 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 683,349.39 |
| Remaining Balance | $ | 1,104,035.01 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Professional's Fees : PENACHIO MALARA, LLP | $ 88,003.64 | $ 0.00 | $ 88,003.64 |

Total to be paid for prior chapter administrative expenses $ 88,003.64

Remaining Balance $ 1,016,031.37

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,893,642.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | WOOSTER 76 LLC | $ 187,375.05 | $ 0.00 | $ 27,616.59 |
| 3 | PAVLE ZIVKOVIC | $ 6,463,767.38 | $ 0.00 | $ 952,673.49 |
| 4 | PAVLE ZIVKOVIC | $ 242,500.00 | $ 0.00 | $ 35,741.29 |
| 6 | VALBELLA AT THE PARK, LLC | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 1,016,031.37

| | |
|---|---|
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE